
# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

RICHARD D. GARDENER, JR.,

Plaintiff,

v.

CIVIL ACTION NO.: CV208-063

WAYNE BENNETT, Sheriff; RON CORBITT, Under Sheriff; Colonel LOUISE NEWSOME; Judge TIM BARTON ;Judge DOUGLAS; GLYNN COUNTY DETENTION CENTER, and the GLYNN COUNTY POLICE DEPARTMENT,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 4th day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)